UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Job #: 1517357

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| DANIELLA MURATOV ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION | Index Number: 1:22-CV-03785 |
| *Plaintiff* | Client's File No.: muratov vs. shnitzel |
| vs | |
| MAMA SHNITZEL INC, MAMAS GRILL INC AND MIKE MIRZACANDOV (A/K/A MIKE MIRZ) | Court Date: |
| *Defendant* | Date Filed: 06/28/2022 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**NIMER ABDERRAHMAN**, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/26/2022**, at **3:00 PM** at: **100-22 67TH AVENUE, REGO PARK, NY 11374** Deponent served the within **SUMMONS IN A CIVIL ACTION - COMPLAINT - CIVIL COVER SHEET**

On: **MAMAS GRILL INC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **George Nun** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Manager thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 201-250 Lbs | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 10/27/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

NIMER ABDERRAHMAN
DCA License # 2105973



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*