11/16/22                                                3'0 P

US District Court
Eastern District of New York (Booklyn) 22-cv-03785
                                                              HG

Muratov v. Mosna Schnitzel inc.

Dear judge I got served with these papers out of
nowhere this person is suing me and i ~~but~~ have
never met her in my life. I would like some
time to hire a lawyer. I dont know what to
do bussines isnt doing well and now I got a
random person that never worked for me
Suing me. I Contacted her she told me
She doesnt want this case but her lawyer doesnt
want to drop the case I need Help.

                           11/16/22

RECEIVED
NOV 16 2022
PRO SE OFFICE

ORIGINAL

