UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DANIELLA MURATOV,

                Plaintiff,                              JUDGMENT
    v.                                                        22-CV-3785 (HG) (TAM)

MAMA SHNITZEL INC.; MAMAS GRILL INC.;
and MIKE MIRZACANDOV, also known as
MIKE MIRZ,

                Defendants.
------------------------------------------------------------ X

      An Order of Honorable Hector Gonzalez, United States District Judge, having been filed on August 29, 2023, adopting the Report and Recommendation of Magistrate Taryn A. Merkl, dated July 21, 2023, which recommended that Plaintiff's motion be granted in part and that a default judgment be entered against Defendants Mama Shnitzel Inc. and Mike Mirzacandov; that Plaintiff be awarded a sum of $2,632.50, comprised of $1,316.25 in compensatory damages and $1,316.25 in liquidated damages; an award of (1) prejudgment interest on Plaintiff's unpaid minimum wage damages at a per diem interest rate of $0.32, calculated from May 16, 2022 to the date final judgment is entered; (2) post-judgment interest at the rate set forth in 28 U.S.C. §1961(a); (3) $4,712.50 in attorney's fees; and (4) $512.40 in costs; that Plaintiff be awarded a fifteen-percent increase in damages under the NYLL, not including post-judgment interest, for any amounts that are not paid within ninety days of judgment or the expiration of time to appeal; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $151.04; it is

      ORDERED and ADJUDGED that Plaintiff's motion is granted in part; that judgment is hereby entered in favor of the Plaintiff and against against Defendants Mama Shnitzel Inc. and Mike Mirzacandov in the total amount of $8,008.44 as well as post-judgment interest at the rate set forth in 28 U.S.C. §1961(a); and that Plaintiff is awarded a fifteen-percent increase in

damages under the NYLL, not including post-judgment interest, for any amounts that are not paid within ninety days of judgment or the expiration of time to appeal.

| | |
|---|---|
| Dated: Brooklyn, NY<br>　　　August 31, 2023 | Brenna B. Mahoney<br>Clerk of Court<br><br>By: _/s/Jalitza Poveda_　　　<br>　　　Deputy Clerk |